## Rochester Plaza, Inc. Appeal.

Argued April 14, 1970. *Joseph M. Stanichak,* for appellant; *Leonard M. Mendelson,* for appellee.
Order affirmed.